**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**  **CASE NO: 6:21-cr-72-RBD-DCI**

**ELETTA HUMES**

---

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The Defendant, by consent, has appeared before me pursuant to Fed. R. Crim. P. 11, Local Rule 1.02, and *In re: Authority of United States Magistrate Judges of the Middle District of Florida*, Case No. 8:20-mc-100-T-23 (October 29, 2020), and has entered a plea of guilty to Count ONE of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the Defendant entered the plea of guilty knowingly and voluntarily and that there is a factual basis for the plea. I therefore recommend that the plea of guilty be accepted. The Defendant remains on conditions of release pending sentencing.

Date: July 28, 2021

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

A party waives the right to challenge on appeal a finding of fact or conclusion of law adopted by the district judge if the party fails to object to that finding or conclusion within fourteen days after issuance of the Report and Recommendation containing the finding or conclusion.

Copies furnished to:

United States Attorney
Federal Public Defender
District Judge