**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.                                                            CASE NO: 6:21-cr-72-RBD-DCI

ELETTA HUMES

**ACCEPTANCE OF PLEA OF GUILTY,**
**ADJUDICATION OF GUILT AND**
**NOTICE OF SENTENCING**

The Court adopts the Report and Recommendation Concerning Plea of Guilty (Doc. 27) entered by the Honorable Daniel C. Irick, United States Magistrate Judge, to which a Notice of No Objection has been filed by the Government (Doc. 28) and the time for the Defendant to do so has now passed. The Court hereby accepts the Defendant's plea of guilty to Count One of the Indictment, and the Defendant is adjudged guilty of this offense.

**SENTENCING** for the Defendant is hereby scheduled for **Monday, November 15, 2021 at 1:30 PM** before the undersigned in the United States Courthouse, Courtroom 4A, Fourth Floor, 401 West Central Boulevard, Orlando, Florida 32801.

IF THE PARTIES WANT THE COURT TO CONSIDER ANY MOTION FOR DEPARTURE OR OTHER WRITTEN MATERIAL OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED NO LATER THAN SEVEN (7) DAYS PRIOR TO THE DATE OF SENTENCING.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 12, 2021.



ROY B. DALTON JR.
United States District Judge

Copies:     Counsel of Record
            United States Marshal Service